[Nos. 36238-1-I; 36239-9-I. Division One. September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
JASON QUIDING, *Appellant*.

Appeals from the judgments of the Superior Court for Whatcom County, No. 94-8-00498-9, Frank Morrow, Commissioner, entered January 5, 1995. *Reversed* by unpublished per curiam opinion.

[No. 36358-1-I. Division One. September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
IAN CHRISTOPHER MANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05416-0, Arthur E. Piehler, J., entered March 7, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36366-2-I. Division One. September 16, 1996.]

TEAMSTERS UNION LOCAL 117, *Respondent*, v.
PORT OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-01779-7, R. Joseph Wesley, J., entered March 20, 1995. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Webster, J.

[No. 36469-3-I. Division One. September 16, 1996.]

AETNA CASUALTY & SURETY COMPANY, *Respondent*, v.
JAMES YANG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-09268-5, Larry A. Jordan, J., entered February 24, 1995. *Affirmed* by unpublished per curiam opinion.